# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00779-CV

## In re M2E3 LLC

---

### ORIGINAL PROCEEDING FROM FAYETTE COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator M2E3 LLC has filed an unopposed motion to dismiss this mandamus proceeding, informing the Court that the parties in the underlying proceeding have reached a settlement that disposes of all matters in controversy, and therefore, M2E3 LLC no longer desires to prosecute this action. Accordingly, we grant the motion and dismiss the petition for writ of mandamus.

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Filed: January 9, 2020